D.C.D.C
Michael Baker
P.O Box 427
Decaturville TN 38329



RECEIVED
IN CLERK'S OFFICE

SEP 2 2 2014

U.S. DISTRICT COURT
MID. DIST. TENN.

CLERK. U.S. DISTRICT COURT
U.S COURT HOUSE ROOM 800
NASHVILLE. TENNESSEE 37203